**CEM**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 63**

In the Matter of                                              Case Number:

Elaine L. Chao, Secretary of Labor, U. S. Department of Labor,
               v.
Michael J. Vasilko, Vasilko Architects and Associates, Inc., and
The Vasilko, Hauserman, and Associates 401 (k) Plan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ELAINE L. CHAO, SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR, PLAINTIFF

**JUDGE GUZMAN**
**MAGISTRATE JUDGE DENLOW**

| |
|---|
| NAME (Type or print) <br> Phyllis B. Dolinko |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Phyllis B. Dolinko |
| FIRM <br> U. S. Department of Labor-Office of the Solicitor |
| STREET ADDRESS <br> 230 S. Dearborn Street, Room 844 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0651443 | 312/353-6973 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐