

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 63 | DATE | 4/18/2008 |
| CASE TITLE | CHAO vs. VASILKO et al | | |

**DOCKET ENTRY TEXT**

Enter Consent Order and Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|

Case 1:08-cv-00063  Document 9  Filed 04/18/2008  Page 1 of 1

08C63 CHAO vs. VASILKO et al    Page 1 of 1