# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

|  |  |
|---|---|
| **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. VASILKO, VASILKO ARCHITECTS AND ASSOCIATES, INC. AND THE VASILKO, HAUSERMAN AND ASSOCIATES 401(k) PLAN,**<br><br>Defendants. | Civil Action<br><br>Case No. 08-cv-63<br><br>Honorable  Ronald A. Guzman<br><br>Magistrate Judge Morton Denlow |

## <u>CONSENT ORDER AND JUDGMENT</u>

Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, pursuant to the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1001, *et seq.*, filed a complaint against defendants Michael J. Vasilko and Vasilko Architects and Associates, Inc.  ("defendants") alleging violation of their fiduciary responsibilities under ERISA  § §404(a)(1)(A) and (D), 29 U.S.C. §§1104 (a)(1)(A) and (D), with respect to the Vasilko Architects and Associates, Inc. 401(k) Plan ("Plan").  Defendants have waived service of process of the complaint and admit to the jurisdiction of this Court over them and the subject matter of this action.

The plaintiff and defendants have agreed to resolve all matters in controversy in this action between them and said parties do now consent to entry of a Judgment and Order by this Court in accordance therewith.

Upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Consent Order and Judgment.

IT IS THEREFORE ORDERED that:

1. Defendants Michael J. Vasilko and Vasilko Architects and Associates, Inc. (Defendants), fiduciaries of the Plan, have completed the necessary papers to terminate the Plan and have authorized Plan Administrators, Inc, ("PAI"), the Plan administrator, to liquidate and distribute the Plan's assets for the benefit of the participants and beneficiaries of the Plan who are entitled to receive such assets and to terminate the Plan consistent with the appropriate records retention and termination requirements of ERISA and the Internal Revenue Code ("Code") and to provide proof of payment to the Regional Director of the Employee Benefits Security Administration (EBSA), 200 W. Adams, Suite 1600, Chicago, IL.

2. Within ten days of entry of this Order, defendants shall notify each participant or beneficiary of his or her option of rolling his or her Plan account into another qualified retirement plan or taking a lump sum distribution in this amount. Defendants shall provide each participant or his or her beneficiary with thirty days (30) in which to respond to this notice and then shall make the distributions to the participants or beneficiaries in accordance with their requests. Defendants shall utilize the processes of the Social Security Administration or the Internal Revenue Service for assistance in locating said individuals. Within thirty days of receipt of the participants' and beneficiaries' responses, defendants shall advise PAI of the

2

participants' and beneficiaries' decisions and direct PAI to make the appropriate roll-overs or distributions to them.

3.      For those participants and beneficiaries due assets but who do not respond or cannot be located after utilizing the processes set forth in paragraph 2 above, defendants shall direct PAI to establish an IRA account in a bank located in such participant's or beneficiary's last-known location of domicile with the assets due that participant or beneficiary and shall provide notice thereof to the Steve Haugen, Director of the Employment Benefit Security Administration (EBSA), 200 West Adams, Suite 1600, Chicago, IL 60606.

4.      Defendants are permanently enjoined from violating the provisions of Title I of ERISA.

5.      Defendants are permanently enjoined form serving as fiduciaries to any ERISA-covered Plan.

6.      Each party agrees to bear her or its own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

7.      The Court shall maintain jurisdiction over this matter only for purposes of enforcing this Consent Judgment and Order.

8.      Nothing in this Order is binding on any government agency other than the United States Department of Labor.

DATED    4/18/08    , 2008

RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE

The parties hereby consent to the entry of this consent order and judgment:

FOR DEFENDANTS:

 /s/Michael J. Vasilko
**MICHAEL J. VASILKO**

**VASILKO ARCHITECTS AND ASSOCIATES, INC.**

 /s/Michael J. Vasilko
**MICHAEL J. VASILKO**
Its President

FOR THE SECRETARY OF LABOR:

**GREGORY F. JACOB**
Solicitor of Labor

**JOAN E. GESTRIN**
Regional Solicitor

P.O. ADDRESS:
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Room 844
Chicago, Illinois 60604
Telephone: (312) 353-6973
Facsimile: (312) 353-5698

 /s/Phyllis B. Dolinko
**PHYLLIS B. DOLINKO**
Senior Trial Attorney

Attorneys for Elaine L. Chao,
Secretary of Labor, United States
Department of Labor, Plaintiff